# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IVIS JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-0567 |
| | § | |
| THERESA SMITH AND TEXAS | § | |
| FARMERS INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 18), this action is dismissed with prejudice.

SIGNED on October 31, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge